lant; *Samuel F. Bonavita,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Nail, Appellant. (No. 1).

Before ANTHONY, J.

Argued November 12, 1974. *Stephen H. Hutzelman,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, with him *Charles D. Agresti,* Assistant District Attorney, *Michael J. Veshecco,* Second Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Nail, Appellant. (No. 2).

Before DWYER, P. J.

Argued November 12, 1974. *Stephen H. Hutzelman,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, with him *Michael J. Veshecco,* Second Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Palmerini, Appellant.

Before DAUER, J., without a jury.

Argued November 12,